UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20463-CR-ALTMAN/LETT
18 U.S.C. § 1201(a)(1)
18 U.S.C. § 981(a)(1)(C)

FILED BY mdc D.C.
Oct 17, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

**UNITED STATES OF AMERICA**

**vs.**

**GUSTAVO ALFONSO CASTANO RESTREPO,**

**Defendant.**

_______________________________________/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Kidnapping Resulting in Death**
**(18 U.S.C. § 1201(a)(1))**

On or about May 30, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GUSTAVO ALFONSO CASTANO RESTREPO,**

did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold a person, that is, Liliana Moreno, for reward and otherwise, and did use a means, facility, and instrumentality of interstate commerce, that is, a cellular telephone, the internet, a motor vehicle, and the Homestead Extension of Florida's Turnpike, in the commission and in furtherance of the commission of this offense, resulting in the death of any person, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

It is further alleged that the commission of the aforesaid kidnapping resulted in the death of Liliana Moreno.

It is further alleged that the commission of the aforesaid kidnapping resulted in the death of Daniella Moreno.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GUSTAVO ALFONSO CASTANO RESTREPO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1201, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

DWAYNE EDWARD WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** ____________________

**v.**

GUSTAVO ALFONSO CASTANO RESTREPO,
______________________________/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 15 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) |
|---|---|---|---|
| I | ☐ | 0 to 5 days | ☐ Petty |
| II | ☐ | 6 to 10 days | ☐ Minor |
| III | ☒ | 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ | 21 to 60 days | ☒ Felony |
| V | ☐ | 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________________ Case No. ____________________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. ____________________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________________ Case No. ____________________
9. Defendant(s) in federal custody as of ____________________
10. Defendant(s) in state custody as of ____________________
11. Rule 20 from the __________ District of ____________________
12. Is this a potential death penalty case? (Yes or No) Yes
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: ______________________________
DWAYNE E. WILLIAMS
Assistant United States Attorney
FL Bar No. 0125199

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GUSTAVO ALFONSO CASTANO RESTREPO

**Case No:** ______________________

Count #: 1

Kidnapping Resulting in Death

Title 18, United States Code, Sections 1201(a)(1), and 2

| | |
|---|---|
| *** Max. Penalty:** | Death |
| *** Mandatory Min. Term of Imprisonment (if applicable):** | Life |
| *** Maximum Term of Supervised Release (if applicable):** | N/A |
| *** Maximum Fine:** | $250,000 |

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**