# EXHIBIT ONE



Philip Reizenstein <phil@reizensteinlaw.com>

## Meeting with capital group

3 messages

---

**Philip Reizenstein** <phil@reizensteinlaw.com>                    Thu, May 29, 2025 at 7:09 AM
To: Dwayne Williams <dwayne.williams@usdoj.gov>

Good morning Dwayne. As you may know my trial with judge Altman ended last week and lasted all of May. I am just not prepared to make a presentation to the capital group next Tuesday. I have asked judge Altman to appoint learned counsel to assist me but I will now start working with my client and family to prepare mitigation and my staff to assist me in reviewing cases where the government has and has not sought the death penalty.
I am requesting a postponement of the meet for a month which will allow me the time - independent of the appointment of learned counsel - to prepare for this meeting.
I think it's clear that trial's like I just did are all consuming and the run up involved trying to get a handle on nearly 20 terabytes of data (the entire library of congress can be placed on 10 terrabytes of data. )
Phil
Sent from my iPhone

---

**Williams, Dwayne (USAFLS)** <Dwayne.Williams@usdoj.gov>                    Thu, May 29, 2025 at 9:40 AM
To: Philip Reizenstein <phil@reizensteinlaw.com>

I sent your email to the Capital Case Section.  The Committee has advised that it will proceed on June 3 as scheduled.

-----Original Message-----
From: Philip Reizenstein <phil@reizensteinlaw.com>
Sent: Thursday, May 29, 2025 7:10 AM
To: Williams, Dwayne (USAFLS) <Dwayne.Williams@usdoj.gov>
Subject: [EXTERNAL] Meeting with capital group

Good morning Dwayne. As you may know my trial with judge Altman ended last week and lasted all of May. I am just not prepared to make a presentation to the capital group next Tuesday. I have asked judge Altman to appoint learned counsel to assist me but I will now start working with my client and family to prepare mitigation and my staff to assist me in reviewing cases where the government has and has not sought the death penalty.
I am requesting a postponement of the meet for a month which will allow me the time - independent of the appointment of learned counsel - to prepare for this meeting.
I think it's clear that trial's like I just did are all consuming and the run up involved trying to get a handle on nearly 20 terabytes of data (the entire library of congress can be placed on 10 terrabytes of data. ) Phil Sent from my iPhone

---

**Philip Reizenstein** <phil@reizensteinlaw.com>                    Thu, May 29, 2025 at 10:12 AM
To: Dwayne Williams <Dwayne.Williams@usdoj.gov>

That's completely outrageous
Sent from my iPhone

> On May 29, 2025, at 9:40 AM, Williams, Dwayne (USAFLS) <Dwayne.Williams@usdoj.gov> wrote:
>
> I sent your email to the Capital Case Section.  The Committee has advised that it will proceed on June 3 as scheduled.
>
> -----Original Message-----
> From: Philip Reizenstein <phil@reizensteinlaw.com>
> Sent: Thursday, May 29, 2025 7:10 AM
> To: Williams, Dwayne (USAFLS) <Dwayne.Williams@usdoj.gov>
> Subject: [EXTERNAL] Meeting with capital group
>
> Good morning Dwayne. As you may know my trial with judge Altman ended last week and lasted all of May. I am just not prepared to make a presentation to the capital group next Tuesday. I have asked judge Altman to appoint learned counsel to assist me but I will now start working with my client and family to prepare mitigation and my staff to assist me in reviewing cases where the government has and has not sought the death penalty.

> I am requesting a postponement of the meet for a month which will allow me the time - independent of the appointment of learned counsel - to prepare for this meeting.

> I think it's clear that trial's like I just did are all consuming and the run up involved trying to get a handle on nearly 20 terabytes of data (the entire library of congress can be placed on 10 terrabytes of data. ) Phil Sent from my iPhone