UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cr-20463-RKA

UNITED STATES OF AMERICA,
Plaintiff,
v.
GUSTAVO ALFONSO CASTANO RESTREPO,
Defendant.

---

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Defendant Gustavo Alfonso Castano Restrepo appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of this Court, entered on May 21, 2026, denying his motion to strike the government's notice of intent to seek the death penalty, and the Order of this Court, entered on July 24, 2026, denying his motion for reconsideration.

Respectfully submitted,

**GUSTAVO ALFONSO CASTANO-RESTREPO**

By Counsel

By: s/L. Richard Walker
Attorney for Defendant
Federal Public Defender Office
101 Cambridge Place
Bridgeport, WV 26330
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail. Richard_walker@fd.org