UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-CR-20463 -RKA

UNITED STATES OF AMERICA,

v.

GUSTAVO ALFONSO CASTANO-RESTREPO,

Defendant.
_________________________________/

**MOTION TO REOPEN FOR ATTORNEY SERVICES**

**COMES NOW**, the Defendant, Gustavo Alfonso Castano-Restrepo, by counsel, and pursuant to the Fifth, Sixth, and Eighth Amendments to the United States Constitution, respectfully submits this Motion to Reopen this case for the purposes of allowing the undersigned attorney to continue to provide counsel to Mr. Castano. Counsel for Mr. Castano-Restrepo respectfully requests that the Court authorize the undersigned Learned Counsel to continue working in the defense of the instant death-eligible case and allow billing through the Criminal Justice Act ("CJA") during the pendency of the interlocutory appeal and states the following in support thereof:

A superceding indictment was returned against Mr. Castano-Restrepo on July 10, 2025, charging him in Count 1, Kidnapping Resulting in Death, in violation of 18 U.S.C. §§ 1201(a)(l). [DE:44] Count One carries a maximum sentence of death.

On February 12, 2026, the undersigned was appointed as Learned Counsel in the defense of Mr. Castano-Restrepo. [DE:82]. Since that time the undersigned has worked diligently both to gather mitigation evidence and assist in preparing the case for trial.

On August 7, 2026, counsel for the Defendant filed a Notice of Interlocutory Appeal [DE:124] appealing the Court's Order denying Defendant's Motion to Strike the Death

Penalty.

The same day, this Court acknowledged the notice and wrote:

> "Because '[a]n appeal, including an interlocutory appeal, divests the district court of its control over those aspects of the case involved in the appeal,' we'll CLOSE and STAY this case until resolution of the Defendant's appeal." (cite omitted)
>
> [DE:126].

Should the higher court affirm the decision of this Court, counsel for the Defendant must be prepared to present a waiver memo to the Government seeking de-authorization of the death penalty and simultaneously be prepared to present mitigation at the penalty phase of trial without delay. Additionally, counsel was speaking with potential mitigation witnesses, had traveled both inside and outside of the United States to obtain mitigation, and was working with mitigation specialists to obtain and review documents for the purposes of mitigation.

The Sixth Amendment guarantees the right to effective assistance of counsel. See *Strickland v. Washington*, 466 U.S. 668, 685-86 (1984). To that end, defense counsel must conduct a thorough examination of the discovery that has been provided thus far, as well as the discovery the Government has represented will be forthcoming. Further, counsel must continue working to investigate the defendant's background and circumstances surrounding his alleged participation in the charged offense, which includes travel, working with experts, conducting interviews and preparation for trial.

Counsel for the Defendant seeks to fulfill is Constitutional duty to continue work on behalf of the Defendant in order to be prepared for trial soon after the decision of the interlocutory appeal. Mr. Castano has no prior contact with the criminal justice system. His incarceration has been devastating to him and his family and the purpose of allowing counsel

to continue her work will result in the trial in the matter, regardless of the decision of the appellate court, to be scheduled sooner rather than later. In order to continue her representation, the undersigned seeks an Order authorizing the defense to continue work and allow billing through CJA during the pendency of the appeal.

The defense did not seek the position of the prosecution because the defense does not believe they have standing on this issue to object.

WHEREFORE, the Defendant requests that this Honorable Court grant the foregoing motion..

Respectfully Submitted,

By: _/s/ Kellie Peterson_
Kellie Peterson, Esq.
Florida Bar No: 524581
KELLIE PETERSON, ESQ., P.A.
Attorney for Defendant
7901 Hispanola Avenue, PH 2005
Miami Beach, FL 33141
T: 305.528.5472
kellie@kelliepeterson.net